TORRES, RECURRENTE, *v.* EL REGISTRADOR DE CAGUAS, RECURRIDO.

RECURSO gubernativo interpuesto contra nota del Registrador de la Propiedad de Caguas negando la inscripción de una sentencia declaratoria de dominio.

No. 488.—Resuelto en abril 26, 1921.

SENTENCIA DECLARATORIA DE DOMINIO—AGRUPACIÓN DE FINCAS—DEFECTO INSUBSANABLE.—Si no pudo inscribirse la sentencia de una corte de distrito de-

clarando el dominio de una finca de 201 cuerdas formada por la agrupación de una parcela de 35 cuerdas adquirida a título hereditario por el esposo y de otras parcelas adquiridas por compra para la sociedad de gananciales, por no ser inscribible la agrupación de bienes de naturaleza jurídica distinta, tal defecto no se subsana con el otorgamiento de una escritura en la cual los esposos deshacen la agrupación y describen separadamente para que sean inscritas la finca de 35 cuerdas y la formada por las otras parcelas.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. V. Polanco de Jesús.*

El registrador recurrido no compareció.

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

Ramón Torres Ortiz promovió ante la Corte de Distrito de Ponce expediente para acreditar el dominio de una finca de 201 cuerdas de terreno cuya descripción hizo y la que había adquirido en varias parcelas de las cuales una de 35 cuerdas la heredó de sus padres y las restantes las compró a diversas personas durante su matrimonio con Adelfa Valdecía. Dictada sentencia declarando justificado a su favor el dominio de la finca de 201 cuerdas y ordenada su inscripción en el registro de la propiedad correspondiente se presentó al Registrador de Caguas copia certificada de dicha sentencia y copia notarial de la escritura pública que dichos esposos otorgaron en Cayey el 15 de enero de 1921 ante el notario Benigno Fernández García en la cual hacen constar que habiendo sido negada por el Registrador de la Propiedad de Caguas la inscripción de la sentencia de dominio que antes hemos mencionado por haberse agrupado fincas de distinta naturaleza jurídica, o sean bienes gananciales y bienes privativos de uno de los cónyuges, negativa que fué confirmada por este Tribunal Supremo, para que pueda ser inscrita la declaración de dominio deshacen la agrupación y, después de consignar la descripción que de la finca de 201 cuerdas de terreno se hace en la sentencia de dominio, proceden a hacer la descripción de las 35 cuerdas que heredó el esposo y la de las 166 integrada por varias parcelas compradas durante el matrimonio.

Con vista de esos documentos el registrador negó la inscripción de la sentencia declaratoria de dominio " * * * por aparecer parte de la finca adquirida por herencia y parte por concepto de gananciales constituyendo por consiguiente bienes de distinta naturaleza jurídica que no pueden agruparse * * * ."

Esta resolución fué recurrida por Ramón Torres Ortiz.

Como hemos resuelto en 15 de diciembre de 1920 en el recurso promovido por el mismo Ramón Torres Ortiz contra el Registrador de Caguas, con el voto disidente del Juez Sr. Hutchison, que no podía inscribirse la sentencia que dictó la Corte de Distrito de Ponce declarando justificado a su favor el dominio de una finca de 201 cuerdas de terreno porque parte de ellas las adquirió por título hereditario y otra parte por el de compra durante su matrimonio con Adelfa Valdecía, por ser títulos de distinta naturaleza jurídica, la negativa de inscripción contra la cual ahora se recurre demuestra que el registrador entendió que las manifestaciones hechas por dichos esposos en el acta notarial que se le presentó con la sentencia declaratoria de dominio no subsana el defecto que antes impidió la inscripción por lo que es esta la cuestión a decidir en el presente recurso, para cuya decisión no tenemos alegato del registrador y en cuanto al del abogado del recurrente se limita a manifestar, sin argumentación, que en vista del acta notarial debió el registrador hacer las inscripciones de las dos fincas que en ellas se describen por quedar así subsanado el defecto que según el registrador y este Tribunal Supremo impedía la inscripción de la sentencia declaratoria de dominio.

Opinamos que el registrador recurrido procedió correctamente al negarse a inscribir la sentencia que declaró justificado a favor de Ramón Torres el dominio de una finca de 201 cuerdas cuya inscripción ordena porque no siendo inscribible ese documento ·según hemos resuelto entre las mis-

mas partes, las manifestaciones contenidas en el acta nota-
rial, que se presentó al registrador, según las cuales el recu-
rrente es dueño privativamente de una finca de 35 cuerdas
y de otra de 166 que le pertenece en su sociedad de ganan-
ciales con su esposa, no son bastantes en derecho para hacer
que en lugar de una finca de ·201 cuerdas a que se refiere la
sentencia se inscriban dos distintas porque no sólo no le es
permitido a las partes variar por sí mismas los términos de
una sentencia sino además porque refiriéndose la sentencia
a haberse justificado el dominio de una finca se pretende
que por virtud de dicha acta notarial se inscriban a favor
del recurrente el dominio de dos fincas cuando ese no es el
documento exigido por el artículo 395 de la Ley Hipotecaria
para obtener la inscripción de fincas de que se careciere de
título escrito de dominio sino solamente la sentencia recaída
en el expediente que dicho artículo autoriza y regula.

La resolución apelada debe ser confirmada.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados Wolf, del Toro y Hutchison.